# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERICKA L. MCLEOD,<br><br>Defendant. | 6:18-PO-05071-JCL<br>FAEC004S M8<br><br><br>ORDER |

The United States has moved to dismiss the above referenced violation notice with prejudice and vacate the trial currently set for March 19, 2019. Accordingly,

IT IS ORDERED that violation notice FAEC004S M8 is DISMISSED and trial set for March 19, 2019 is VACATED.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter NC as the disposition code in this matter.

DATED this 12th day of March, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1